AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  01-04-08 |
| NAME OF SERVER *(PRINT)*  Francisca Santana | TITLE  Litigation Assistant |

*Check one box below to indicate appropriate method of service*

- G  Served personally upon the defendant. Place where served: Department of Commerce, RM 5851
  14th & Constitution Ave NW

- G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: S. Jones

- G  Returned unexecuted:

- G  Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01-09-08          /s/ Francisca Santana
              *Date*            *Signature of Server*

                                Earthjustice
                                1625 Massachusetts Ave. NW Suite 702
                                Washington, DC 20036
                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): S. Jones<br>C. Date of Delivery: 1-7-08 |
| 1. Article Addressed to:<br>Carlos M. Guitierrez<br>Secretary of US Dept. of Commerce<br>Dept. of Commerce, RM 5851<br>14th & Constitution Ave. NW<br>Washington DC 20230 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540