UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORTHWEST ATLANTIC MARINE )
ALLIANCE and MIDCOAST )
FISHERMEN'S ASSOCIATION )
    Plaintiffs )
v. )   No.   07-2336 (HHK)
)
CARLOS M. GUTIERREZ and )
NATIONAL OCEANIC AND )
ATMOSPHERIC ADMINISTRATION )
and NATIONAL MARINE FISHERIES )
SERVICE )
    Defendants. )

## DECLARATION OF SERVICE

I, Francisca Santana, hereby certify that on January 4, 2008, I served a summons, a copy of the complaint, Northwest Atlantic Marine Alliance and Midcoast Fishermen's Association's corporate disclosure statement, and the related case form in this action, and the United States District Court of the District of Columbia's standard Initial Electronic Case Filing Order by first-class mail, certified, return receipt requested, postage prepaid, address to the following:

    Carlos M. Gutierrez
    Secretary of U.S. Department of Commerce
    Department of Commerce
    14th & Constitution Ave. NW
    Washington, DC 20230

Attached as Exhibit A is the return receipt for the mailing to Carlos M. Gutierrez. I declare under penalty of perjury that the foregoing is true and correct. Executed on January 16th, 2008.

*Francisca Santana*
Francisca Santana
Litigation Assistant
Earthjustice
1625 Massachusetts Ave. NW
Suite 702
Washington, DC 20036-2212
(202) 667-4500

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Carlos M. Guitterrez
Secretary of US Dept. of Commerce
Dept. of Commerce, RM 5851
14th & Constitution Ave. NW
Washington DC 20230

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name): S. Jones
C. Date of Delivery: 1-7-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540