RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
JEAN WILLIAMS, Chief
REBECCA J. RILEY, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202
Facsimile: (202) 305-0275

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Northwest Atlantic Marine Alliance, et al.,   ) | Case No. 07-2336 |
| ) | |
| Plaintiffs,   ) | |
| ) | **NOTICE OF APPEARANCE** |
| v.   ) | |
| ) | |
| Carlos M. Gutierrez, et al.,   ) | |
| ) | |
| Defendants.   ) | |
| _____ ) | |

On behalf of Defendants Carlos M. Gutierrez, National Oceanic and Atmospheric Administration, and the National Marine Fisheries Service, the United States enters the appearance of Rebecca J. Riley, Trial Attorney, as counsel for this matter. Ms. Riley's contact information is as follows:

        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        Ben Franklin Station, P.O. Box 7369
        Washington, D.C. 20044-7369

| | |
|---|---|
| U.S. Mail<br>U.S. Department of Justice<br>Wildlife & Marine Resources Section<br>Ben Franklin Station<br>P.O. Box 7369<br>Washington, D.C. 20044-7369 | Telephone<br>202-305-0202<br><br>Facsimile<br>202-305-0275 |
| Overnight or Hand Delivery<br>U.S. Department of Justice<br>Wildlife & Marine Resources Section<br>601 D Street, N.W., Room 3033<br>Washington, D.C. 20004 | Electronic Mail<br>rebecca.riley@usdoj.gov |

Dated this 12th day of February, 2008.    Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
JEAN WILLIAMS, Section Chief


  /s/ Rebecca J. Riley
REBECCA J. RILEY,  Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, DC 20044-7369
(202) 305-0202
(202) 305-0275 (fax)