UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST ATLANTIC MARINE ALLIANCE and MIDCOAST FISHERMEN'S ASSOCIATION<br><br>Plaintiffs<br><br>v.<br><br>CARLOS M. GUTIERREZ and NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION and NATIONAL MARINE FISHERIES SERVICE<br><br>Defendants. | No.   07-2336 (HHK) |

## DECLARATION OF SERVICE

I, Francisca Santana, hereby certify that on January 4, 2008, I served a summons, a copy of the complaint, Northwest Atlantic Marine Alliance and Midcoast Fishermen's Association's corporate disclosure statement, and the related case form in this action, and the United States District Court of the District of Columbia's standard Initial Electronic Case Filing Order by first-class mail, certified, return receipt requested, postage prepaid, address to the following:

Michael B. Mukasey
U.S. Attorney General
950 Pennsylvania Ave. NW
Washington, DC 20530

Attached as Exhibit A is the return receipt for the mailing to Michael B. Mukasey. I declare under penalty of perjury that the foregoing is true and correct. Executed on February 14th, 2008.

*[signature]*

Francisca Santana
Litigation Assistant
Earthjustice
1625 Massachusetts Ave. NW
Suite 702
Washington, DC 20036-2212
(202) 667-4500

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ernest L Parker_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>JAN 0 7 2008 |
| 1. Article Addressed to:<br><br>Michael B. Mukasey<br>US Attorney General<br>950 Pensylvania Ave.<br>NW<br>Washington DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540