UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST ATLANTIC MARINE ALLIANCE and MIDCOAST FISHERMEN'S ASSOCIATION<br><br>Plaintiffs<br><br>v.<br><br>CARLOS M. GUTIERREZ and NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION and NATIONAL MARINE FISHERIES SERVICE<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No.   07-2336 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF SERVICE

I, Francisca Santana, hereby certify that on January 4, 2008, I served a summons, a copy of the complaint, Northwest Atlantic Marine Alliance and Midcoast Fishermen's Association's corporate disclosure statement, and the related case form in this action, and the United States District Court of the District of Columbia's standard Initial Electronic Case Filing Order by first-class mail, certified, return receipt requested, postage prepaid, address to the following:

National Marine Fisheries Service
Department of Commerce, Room 14555
1315 East-West Highway
Silver Spring, MD 20910

Attached as Exhibit A is the return receipt for the mailing to the National Marine Fisheries Service. I declare under penalty of perjury that the foregoing is true and correct. Executed on February 14th, 2008.

Francisca Santana
Litigation Assistant
Earthjustice
1625 Massachusetts Ave. NW
Suite 702
Washington, DC 20036-2212
(202) 667-4500

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National Marine Fisheries Service
Department of Commerce
Room 14555
1315 East-West Hwy
Silver Spring, MD 20910

2. Article Number (Transfer from service label): 9171 0821 3339 3046 5822 76

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): P. Amperder
C. Date of Delivery: 7/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540