UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHWEST ATLANTIC MARINE ALLIANCE and MIDCOAST FISHERMEN'S ASSOCIATION<br><br>    Plaintiffs<br><br>v.<br><br>CARLOS M. GUTIERREZ and NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION and NATIONAL MARINE FISHERIES SERVICE<br><br>    Defendants. | No.   07-2336 (HHK) |

## DECLARATION OF SERVICE

I, Francisca Santana, hereby certify that on January 4, 2008, I served a summons, a copy of the complaint, Northwest Atlantic Marine Alliance and Midcoast Fishermen's Association's corporate disclosure statement, and the related case form in this action, and the United States District Court of the District of Columbia's standard Initial Electronic Case Filing Order by first-class mail, certified, return receipt requested, postage prepaid, address to the following:

    Jeffrey A. Taylor
    U.S. Attorney for the District of Columbia
    501 Third Street, NW
    Washington, DC 20001

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 14th, 2008.

*[signature]*

Francisca Santana
Litigation Assistant
Earthjustice
1625 Massachusetts Ave. NW
Suite 702
Washington, DC 20036-2212
(202) 667-4500