RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
JEAN WILLIAMS, Chief
REBECCA J. RILEY, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202
Facsimile: (202) 305-0275

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Midcoast Fishermen's Association, et al., ) | Case No. 07-2336 (HHK) |
| ) | |
| Plaintiffs, ) | |
| ) | **SECOND UNOPPOSED** |
| ) | **MOTION TO** |
| v. ) | **EXTEND TIME TO FILE** |
| ) | **ANSWER AND** |
| Carlos M. Gutierrez, et al., ) | **ADMINISTRATIVE RECORD** |
| ) | |
| Defendants. ) | |
| ) | |

    Federal Defendants hereby respectfully move the Court to extend the time to file an answer and administrative record in this matter. Defendants request a two-week extension of time. In support of this motion, Defendants state as follows:

    1.    On December 28, 2007, Plaintiffs filed a complaint alleging that the National Marine Fisheries Service ("NMFS") violated the law by rejecting a petition requesting exclusion of certain fishing vessels from certain areas of the ocean.

    2.    On February 14, 2008, Plaintiffs amended their complaint.

3.     Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants answer was due on March 3, 2008.

4.     Due to scheduling and workload issues, Federal Defendants requested an extension of time to April 2, 2008 to file the answer and administrative record.

5.     Federal Defendants now need an additional two weeks to complete review of the administrative record, convert the record to electronic form, and draft their answer.

6.     Counsel for the Plaintiffs, Stephen Roady, has indicated that Plaintiffs do not oppose this extension.

Wherefore, Federal Defendants respectfully request an extension until April 16, 2008 to file their answer and administrative record.


Dated this 25th day of March, 2008.             Respectfully submitted,


                                                RONALD J. TENPAS
                                                Assistant Attorney General
                                                Environment & Natural Resources Division
                                                JEAN WILLIAMS, Section Chief


                                                  /s/ Rebecca J. Riley
                                                REBECCA J. RILEY, Trial Attorney
                                                U.S. Department of Justice
                                                Environment & Natural Resources Division
                                                Wildlife and Marine Resources Section
                                                P.O. Box 7369
                                                Washington, DC 20044-7369
                                                (202) 305-0202
                                                (202) 305-0275 (fax)

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
JEAN WILLIAMS, Chief
REBECCA J. RILEY, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202
Facsimile: (202) 305-0275

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Midcoast Fishermen's Association, et al., ) | Case No. 07-2336 (HHK) |
| ) | |
|     Plaintiffs, ) | **[PROPOSED] ORDER ON** |
| ) | **UNOPPOSED MOTION TO** |
| v. ) | **EXTEND TIME TO FILE** |
| ) | **ANSWER AND** |
| Carlos M. Gutierrez, et al., ) | **ADMINISTRATIVE RECORD** |
| ) | |
|     Defendants. ) | |
| ) | |

Defendants have moved the Court to extend the deadline for filing an answer and an administrative record in this matter. For the reasons stated in the Defendants' motion, and for good cause shown, the motion is granted.

IT IS SO ORDERED.

Dated this _____ day of _____ 2008.

_____
UNITED STATES DISTRICT JUDGE