RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
JEAN WILLIAMS, Chief
REBECCA J. RILEY, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202
Facsimile: (202) 305-0275

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MIDCOAST FISHERMEN'S ASSOCIATION, et al., | ) ) ) | Case No. 07-2336 (HHK) |
| Plaintiffs, | ) ) ) | **NOTICE OF FILING** |
| v. | ) ) ) | **ADMINISTRATIVE RECORD** |
| CARLOS M. GUTIERREZ, et al., | ) ) ) | |
| Defendants. | ) ) | |

PLEASE TAKE NOTICE that on April 16, 2008, Federal Defendants will send the Administrative Record for filing in the above-captioned case via courier. The Federal Defendants will provide the Court with one copy for filing and a courtesy copy for Judge Kennedy's chambers. Defendants will also send a copy of the record to the Plaintiffs' counsel.

Dated this 16th day of April, 2008.    Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
JEAN WILLIAMS, Section Chief


 /s/ Rebecca J. Riley
REBECCA J. RILEY,  Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, DC 20044-7369
(202) 305-0202
(202) 305-0275 (fax)