RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
JEAN WILLIAMS, Chief
REBECCA J. RILEY, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202
Facsimile: (202) 305-0275

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIDCOAST FISHERMEN'S ASSOCIATION, et al., | Case No. 07-2336 (HHK) |
| Plaintiffs, | |
| | **NOTICE OF FILING ADMINISTRATIVE RECORD** |
| v. | |
| CARLOS M. GUTIERREZ, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that on April 16, 2008, Federal Defendants will send the Administrative Record for filing in the above-captioned case via courier. The Federal Defendants will provide the Court with one copy for filing and a courtesy copy for Judge Kennedy's chambers. Defendants will also send a copy of the record to the Plaintiffs' counsel.

Dated this 16th day of April, 2008.         Respectfully submitted,

>                                           RONALD J. TENPAS
>                                           Assistant Attorney General
>                                           Environment & Natural Resources Division
>                                           JEAN WILLIAMS, Section Chief
>
>
>                                            /s/ Rebecca J. Riley
>                                           REBECCA J. RILEY,  Trial Attorney
>                                           U.S. Department of Justice
>                                           Environment & Natural Resources Division
>                                           Wildlife and Marine Resources Section
>                                           P.O. Box 7369
>                                           Washington, DC 20044-7369
>                                           (202) 305-0202
>                                           (202) 305-0275 (fax)