UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIDCOAST FISHERMEN'S ASSOCIATION and CURT RICE<br><br>  Plaintiffs,<br><br>  v.<br><br>CARLOS M. GUTIERREZ, in his official capacity as Secretary of the United States Department of Commerce, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, and NATIONAL MARINE FISHERIES SERVICE<br><br>  Defendants. | )<br>)<br>)<br>) Case No. 07-cv-02336-HHK<br>)<br>)<br>) **MOTION TO PERMIT**<br>) **ROGER M. FLEMING TO**<br>) **APPEAR *PRO HAC VICE*** <br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to LCvR83.2 (c) & (d), Stephen E. Roady, local counsel for Plaintiffs Midcoast Fishermen's Associate and Curt Rice, respectfully moves that Roger M. Fleming be permitted to appear and participate before this Court as counsel on behalf of Midcoast Fishermen's Association and Curt Rice for all purposes in this case. This motion is based upon the attached Declaration of Roger Fleming.

April 22nd, 2008

Respectfully submitted,

/s/ Stephen E. Roady
_____
Stephen E. Roady
DC Bar #926477
Earthjustice
1625 Massachusetts Ave., NW
Ste. 702
Washington, DC 20036
Tel: (202) 667-4500
Fax: (202) 667-2356
Email: sroady@earthjustice.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIDCOAST FISHERMEN'S ASSOCIATION and CURT RICE,<br><br>    Plaintiffs,<br><br>    v.<br><br>CARLOS M. GUTIERREZ, in his official capacity as Secretary of the United States Department of Commerce, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, and NATIONAL MARINE FISHERIES SERVICE<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.07-cv-02336-HHK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF ROGER FLEMING

Pursuant to LCvR 83.2 (c) & (d) I, Roger M. Fleming, submit the following in support of the Motion to Permit Roger Fleming to Appear *Pro Hac Vice* on behalf of Plaintiffs Midcoast Fishermen's Association and Curt Rice for all purposes in this case:

1. My full name is Roger M. Fleming

2. My office address and telephone number are:

    Earthjustice
    1042 Peabody Road.
    Appleton, ME 04862
    (978) 846-0612

3. I am admitted to and am a member in good standing of the following bars:

    State of Maine
    State of Massachusetts
    Federal District Court for the District of Maine
    Federal District Court for the District of Massachusetts
    United States Court of Appeals for the First Circuit

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of April, 2008.

/s/ Roger M. Fleming
_____
Roger M. Fleming
ME Bar #8905
MA Bar #643469
Earthjustice
1042 Peabody Road.
Appleton, ME 04862
Tel: (978) 846-0612
Fax: (207) 785-2231
Email: rfleming@earthjustice.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIDCOAST FISHERMEN'S ASSOCIATION and CURT RICE <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS M. GUTIERREZ, in his official capacity as Secretary of the United States Department of Commerce, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, and NATIONAL MARINE FISHERIES SERVICE <br><br> Defendants. | ) <br> ) <br> ) Case No. 07-cv-02336-HHK <br> ) <br> ) **ORDER GRANTING** <br> ) **MOTION TO PERMIT** <br> ) **ROGER M. FLEMING** <br> ) **TO APPEAR *PRO HAC VICE*** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Upon consideration of the Motion to Permit Roger M. Fleming to Appear *Pro Hac Vice* on behalf of Midcoast Fishermen's Association and Curt Rice for all purposes in this case, and the Court being fully advised in the premises, it is hereby ORDERED that said motion is granted.

Dated:_____

_____
Henry H. Kennedy

United States District Judge