UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NORTHWEST ATLANTIC MARINE ALLIANCE, et al.,**<br><br>          **Plaintiffs,**<br><br>          v.<br><br>**CARLOS M. GUTIERREZ, Secretary of the United States Department of Commerce, et al.,**<br><br>          **Defendants.** | Civil Action 07-02336 (HHK) |

**ORDER**

It is this 16th day of May 2008, hereby

**ORDERED** that the parties shall submit a joint case management plan and proposed deadlines for briefing on dispositive motions no later than June 5, 2008. If the parties are unable to agree, each party shall submit its own proposed plan and briefing deadlines.

                                        Henry H. Kennedy, Jr.
                                        United States District Judge