IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MIDCOAST FISHERMEN'S ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS M. GUTIERREZ, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action 07-02336 (HHK) |

**JOINT CASE MANAGEMENT PLAN
AND PROPOSED BRIEFING SCHEDULE**

Pursuant to this Court's Order entered May 16, 2008, the parties convened an initial planning meeting by conference call on May 30, 2008 and now respectfully submit this Joint Case Management Plan and Proposed Briefing Schedule.

**INTRODUCTORY STATEMENT**

This is an action for review based upon an administrative record, and involves a dispute arising under the Magnuson-Stevens Fishery Conservation and Management Act concerning the Defendants' management of the herring fishery in New England. The Defendants delivered the administrative record to the Plaintiffs on April 23, 2008. The Plaintiffs have identified several concerns about the completeness of the record and the parties are discussing whether the Defendants will add certain materials to the record.

In the event the parties can resolve this administrative record issue on or before June 16, 2008, they will propose a briefing schedule for summary judgment. However, if the parties cannot resolve this issue on or before June 16, 2008, they will consider proposing a schedule for

1

briefing of Plaintiffs' motion to complete the administrative record and for summary judgment. The parties will submit the proposed briefing schedule for the motion(s) on or before June 20, 2008.

## CASE MANAGEMENT

Pursuant to Fed. R. Civ. P. 16 and Fed. R. Civ. P. 26(f), the parties provide the following:

**1. Participants in the Planning Meeting.** The following counsel participated in the May 30, 2008 conference call:

(a) Roger Fleming and Stephen Roady for the Plaintiffs Midcoast Fishermen's Association and Curt Rice; and

(b) Rebecca Riley for the Defendants Carlos M. Gutierrez, National Oceanic and Atmospheric Administration, and National Marine Fisheries Service.

**2. Pre-Discovery Disclosures.** As an action for review on an administrative record, this case is exempted from pre-discovery disclosure requirements pursuant to Local Civil Rule 16.3(b)(1).

**3. Discovery Plan.** Absent any need formally to resolve issues regarding the administrative record, the parties do not intend to engage in discovery.

**4. Other Items.**

(a) **Conference with the Court.** The parties do not request a conference with the Court before entry of the scheduling order.

(b) **Pre-trial Conference.** Inasmuch as the parties believe this case will be decided on summary judgment, they do not request a pre-trial conference.

(c) **Additional parties and amended pleadings.** Plaintiffs should be allowed until June 9, 2008 to join additional parties and amend their pleadings. Defendants should be allowed until

June 16, 2008 to join additional parties and amend their pleadings, or to oppose any amended complaint.

**(d) Dispositive motions.** Absent any need formally to resolve issues regarding the administrative record or any amended complaint, this case should be resolved through summary judgment proceedings. Because this is a record review case, the parties have agreed that there is no need to file statements of material facts as to which there is no genuine issue in connection with their summary judgment papers; therefore, they respectfully request that the requirement of Local Civil Rule 56.1 for the filing of such statements be waived.

**(e) Settlement.** Counsel for the Plaintiffs have requested counsel for the Defendants to explore the possibility that this case can be settled. Settlement of this case is a possibility but cannot be evaluated prior to discussions between the parties.

## BRIEFING SCHEDULE

As noted in the Introductory Statement, absent any need for motions addressing disputes over the administrative record or any amended complaint, the parties anticipate that this case will be briefed on summary judgment, and the parties will submit a proposed briefing schedule to this Court on or before June 20, 2008.

Dated:  June 5, 2008.

                    Respectfully submitted,

                    RONALD J. TENPAS,
                    Assistant Attorney General
                    Environment & Natural Resources Division
                    JEAN WILLIAMS, Section Chief

                    /s/ by permission SER
                    _____
                    REBECCA J. RILEY, Trial Attorney
                    U.S. Department of Justice
                    Environment & Natural Resources Division
                    Wildlife and Marine Resources Section
                    P.O. Box 7369
                    Washington, D.C.  20044-7369
                    (202) 305-0202
                    (202) 305-0275 (fax)
                    Counsel for the Defendants


                    /s/ Stephen E. Roady
                    _____
                    STEPHEN E. ROADY
                    D.C. Bar. No. 926477
                    ROGER FLEMING
                    Maine Bar No. 8905
                    Earthjustice
                    1625 Massachusetts Avenue, N.W.
                    Washington, D.C.  20036
                    202-667-4500 T   202-667-2356 F
                    Counsel for the Plaintiffs