IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIDCOAST FISHERMEN'S ASSOCIATION, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action 07-02336 (HHK) ) |
| CARLOS M. GUTIERREZ, et al., | ) ) |
| Defendants. | ) ) |

**JOINT PROPOSED BRIEFING SCHEDULE
TO ADDRESS ADMINISTRATIVE RECORD**

This Joint Proposed Briefing Schedule supplements the Joint Case Management Report filed with this Court on June 5, 2008.

In their June 5, 2008 Report, the parties advised the Court that this is an action for review based upon an administrative record that involves a dispute, pursuant to the Magnuson-Stevens Fishery Conservation and Management Act, concerning the Defendants' management of the herring fishery in New England. The parties also advised the Court that they were working to resolve a concern raised by the Plaintiffs concerning the completeness of the administrative record.

The parties have been unable to resolve this administrative record dispute informally. Accordingly, they hereby file a proposed schedule for briefing of Plaintiffs' motion seeking to compel completion of the administrative record. The parties will file a summary judgment briefing schedule promptly after the Court rules on the Plaintiffs' motion.

## BRIEFING SCHEDULE

The parties hereby submit the following proposed briefing schedule for Plaintiffs' motion to compel the Defendants to complete the administrative record:

1. Plaintiffs' motion to compel completion of the administrative record:  July 22, 2008.

2. Defendants' response to Plaintiffs' motion on the administrative record:  August 29, 2008

3. Plaintiffs' reply in support of their motion on the administrative record:  September 12, 2008.

Dated:  June 20, 2008.

Respectfully submitted,

RONALD J. TENPAS,
Assistant Attorney General
Environment & Natural Resources Division
JEAN WILLIAMS, Section Chief

/s/ by permission SER
_____
REBECCA J. RILEY, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C.  20044-7369
(202) 305-0202
(202) 305-0275 (fax)

Counsel for the Defendants

/s/ Stephen E. Roady
_____
STEPHEN E. ROADY
D.C. Bar. No. 926477
ROGER FLEMING
Maine Bar No. 8905
Earthjustice
1625 Massachusetts Avenue, N.W.
Washington, D.C.  20036
202-667-4500 T   202-667-2356 F

Counsel for the Plaintiffs