UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIDCOAST FISHERMEN'S ASSOCIATION, et al.,<br><br>          Plaintiffs,<br><br>          v.<br><br>CARLOS M. GUTIERREZ, Secretary of the United States Department of Commerce, et al.,<br><br>          Defendants. | Civil Action 07-02336 (HHK) (JMF) |

ORDER REFERRING MOTION TO
UNITED STATES MAGISTRATE JUDGE JOHN M. FACCIOLA

It is this 3rd day of September 2008, hereby

**ORDERED** that plaintiffs' motion to compel completion of the administrative record [#22] is referred pursuant to LCvR 72.2(a) to United States Magistrate Judge John M. Facciola for his determination. Henceforth, and until this referral is terminated, ALL filings related to this motion shall include the initials of the assigned Magistrate Judge, "JMF," in the caption next to the initials of the undersigned judge. *See* LCvR 5.1(f).

                                                                 Henry H. Kennedy, Jr.
                                                                 United States District Judge